EDWARD H. MYERS et al., Respondents, *v.* CLINTON P. PAINE et al., Appellants.

*Myers* v. *Paine,* 13 App. Div. 332, affirmed.
(Argued February 2, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1897, affirming a judgment in favor of plaintiffs, entered upon the report of a referee.

*Eugene D. Hawkins* for appellants.

*A. J. Simpson* and *Benjamin N. Cardozo* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.